```
         IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF NEW JERSEY
                    CAMDEN VICINAGE
```

| | |
|---|---|
| EMORY GHANA,<br><br>         Plaintiff,<br><br>    v.<br><br>NEW JERSEY STATE PAROLE BOARD, et al.,<br><br>         Defendants. | Civil No. 01-1620 (JBS) |

## SCHEDULING ORDER

This Scheduling Order sets forth the following directives:

IT IS this **19th** day of **August 2008**, hereby **ORDERED**:

1.  The Court will conduct an in-person conference to address all pending motions on **September 11, 2008 at 12:00 Noon** in Courtroom 3B, Mitchell H. Cohen U.S. Courthouse, Camden, New Jersey.

                              s/ Ann Marie Donio
                              ANN MARIE DONIO
                              United States Magistrate Judge

cc:  Hon. Jerome B. Simandle